BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

Amshale Energy LLC, A Texas limited liability company

Case No.:

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 9/22/16

Houghtaling Enerprises LLC by: John Houghtaling/Managing Member
Signer/Title

Date: 09/26/2016

/s/ Douglas S. Draper
Signature of Attorney
Douglas S. Draper #5073
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras St., Ste. 2500
New Orleans, LA 70130
504-299-3300  Fax: 504-299-3399

Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
A.K. Kunatbaev
2323 South Shepherd Dr.
Suite 800
Houston, TX 77019


Bluebell Investments Trading, Inc.
c/o A. Thomaides & Co. 20 Omirou,
PO Box 54060
3720 Limassoc
CYPRESS


Davillier Law Group, LLC
1010 Common St., Ste. 2510
New Orleans, LA 70112


EUCLA Investments Limited
Coastal Building Wickham's Cay II
PO Box 2221
Road Town, Tortola
BRITISH VIRGIN ISLANDS


EUCLA Investments Limited
Eftapaton Court
256 Makarios Ave.
PO Box 53180
CY-3301 LIMASSO


Houghtaling Enterprises, LLC
3500 North Hullen St.
Metairie, LA 70002


Konstantin Nikolaev
2323 South Shepherd Dr.
Suite 800
Houston, TX 77019


M.Z. Yuriev
2323 South Shepherd Dr.
Suite 800
Houston, TX 77019
```